USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
RUBICON RESOURCES, LLC, :
:
              Plaintiff, :
:    19-cv-11449 (LJL)
   -v- :
:    ORDER
HYUNDAI MERCHANT MARINE CO. LTD., :
:
              Defendant. :
:
------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     This case has been randomly reassigned to me for all purposes. It is hereby:

     ORDERED that the Initial Pretrial Conference previously scheduled for April 2, 2020 at 11:00 a.m. shall take place on that date and at that time in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

     IT IS FURTHER ORDERED that, by March 26, 2020, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage. Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

     SO ORDERED.

Dated: February 27, 2020
       New York, New York

                                                    LEWIS J. LIMAN
                                                    United States District Judge