UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RUBICON RESOURCES, LLC.,                    :
:
                Plaintiff,           :
:     19-cv-11449 (LJL)
     -v-                              :
:     ORDER
HYUNDAI MERCHANT MARINE CO. LTD.,           :
:
                Defendant.            :
:
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2020

LEWIS J. LIMAN, United States District Judge:

Defendant shall make its motion to dismiss no later than May 25, 2020. All discovery is stayed pending a decision on the motion to dismiss. Parties shall file a proposed case management plan and scheduling order no later than three weeks after any decision denying the motion.

    SO ORDERED.

Dated: April 2, 2020
       New York, New York
                                           LEWIS J. LIMAN
                                           United States District Judge